IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DIESEL GRINDING SERVICES, LLC, ) | |
| ) | Case No. 1:23-cv-02268 |
| Plaintiff, ) | |
| ) | JUDGE DAN AARON POLSTER |
| v. ) | |
| ) | ORDER OF REMAND |
| ED'S EQUIPMENT, INC. *ET AL.*, ) | |
| ) | |
| Defendants. ) | |

The Court grants in part and denies in part Plaintiff's Motion to remand to State Court and for an award of fees and costs (Doc. #4). The Court **GRANTS** Plaintiff's unopposed motion to remand this case to state court. As Defendant is a citizen of Ohio and a forum defendant, removal from state court to this Court was improper under 28 U.S.C. § 1441(b). Even so, this was an honest mistake that does not merit an award of attorney's fees and costs. Therefore, the Court **DENIES** Plaintiff's motion for an award of fees and costs. Accordingly, this case is remanded to Cuyahoga County Court of Common Pleas.

**IT IS SO ORDERED.**

Date: November 28, 2023

/s/ *Dan Aaron Polster*
Dan Aaron Polster
United States District Judge